IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 09-155-9 |
| | : | |
| JESSE ZAYAS | : | |
| | : | |

AND NOW, this 4th day of March 2011, upon consideration of Defendant's Motion to Revoke or Amend the Detention Order of July 26, 2010 (Doc. No. 233), the Government's response in opposition (Doc. No. 236), and the arguments and proffered evidence presented at the February 18, 2011 hearing, it is ORDERED that Defendant's Motion is DENIED.

                                                                 BY THE COURT:

                                                                 /s/ Joel H. Slomsky, J.
                                                                 JOEL H. SLOMSKY, J.